■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY RIVERA, Also Known as ANTHONY RIERA, Appellant. [659 NYS2d 468] —Judgment, Supreme Court, Bronx County (Robert Straus, J.), rendered July 13, 1995, convicting defendant, after a nonjury trial, of petit larceny, criminal possession of stolen property in the fifth degree and criminal possession of a controlled substance in the seventh degree, and sentencing him to concurrent prison terms of 1 year, unanimously affirmed.

The verdict was supported by legally sufficient evidence (*People v Contes*, 60 NY2d 620) and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490, 495), since

there was ample evidence that defendant took several video-tapes belonging to his mother without her consent. The court properly exercised its discretion in denying defense counsel's request for a new competency examination for defendant, who had previously been found competent (*see, People v Morgan*, 87 NY2d 878). The court properly relied on its own observations, including defendant's responses to inquiries by the court (*see, People v Gensler*, 72 NY2d 239), particularly in light of defendant's psychiatric records showing a likelihood of feigning mental illness for his own advantage. Concur—Murphy, P. J., Milonas, Ellerin, Andrias and Colabella, JJ.